**MacLEAN–FOGG CO.,
et al., Plaintiffs,**

**v.**

**UNITED STATES, Defendant.**

**Slip Op. 14–153.
Court No. 11–00209.[1]**

United States Court of
International Trade.

Dec. 22, 2014.

*ORDER FOR REMAND*

DONALD C. POGUE, Senior Judge.

This remand order follows *MacLean–Fogg Co. v. United States*, 753 F.3d 1237 (Fed.Cir.2014), *reh'g en banc denied* Ct. No. 13–1187, ECF No. 82 (Dec. 1, 2014) (per curiam). The Court of Appeals for the Federal Circuit reversed and remanded this Court's previous determination in

---

**1.** This action is consolidated with Court Nos. 11–00210, 11–00220, and 11–00221. Order,

*MacLean–Fogg Co. v. United States,* —— CIT ——, 885 F.Supp.2d 1337 (2012).

Accordingly, *MacLean–Fogg Co. v. United States,* Consol. Ct. No. 11–00209, is hereby remanded to the Department of Commerce for reconsideration consistent with the Court of Appeals' opinion.

Commerce shall have until February 23, 2015, to complete and file its remand redetermination. Plaintiffs, Plaintiff–Intervenors, and Defendant–Intervenor shall have until March 9, 2015, to file comments. Defendant shall have until March 19, 2015, to file any reply.

IT IS SO ORDERED.